April 8, 2005

Ms. Lauren L. Beck-Harris
Johnson Spalding Doyle West & Trent, L.L.P.
910 Travis Street, Suite 1700
Houston, TX 77002

Ms. Linda Marie Dedman
Dedman & Handschuch
5910 N. Central Expwy., Suite 900
Dallas, TX 75206
Mr. Robert D. Allen
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, TX 75201

Mr. Neal Kieval
Phillips & Akers, P.C.
3200 Southwest Freeway, Suite 3400
Houston, TX 77027-7523

RE: Case Number: 02-1187
 Court of Appeals Number: 01-00-00256-CV
 Trial Court Number: 98-36566

Style: JOSE GARZA
 v.
 EXEL LOGISTICS, INC. AND INTERIM SERVICES PACIFIC LLC

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |
| |Mr. E. Thomas |
| |Bishop |